F

FPC

# The Commonwealth of Massachusetts

**William Francis Galvin**

Secretary of the Commonwealth

One Ashburton Place, Boston, Massachusetts 02108-1512

**FORM MUST BE TYPED** **Certificate of Amendment** **FORM MUST BE TYPED**

**(General Laws Chapter 156D, Section 15.04; 950 CMR 113.49)**

(1) Exact name of corporation: LATCH SYSTEMS, INC.
*(as contained in the Division's records)*

(2) Registered office address: 4 CENTRAL STREET, WOBURN, MA 01801
*(number, street, city or town, state, zip code)*

(3) This amendment shall change:

*(check appropriate box(es))*

☑ the corporation's name to*: DOOR SYSTEMS, INC.

☐ the period of the corporation's duration to: __________

☐ the state or country of its incorporation to*: __________

☐ the street address of its principal office to: __________

☐ the fiscal year end to: __________

☐ the activities conducted by the foreign corporation in the commonwealth: __________

☐ its officers and directors: __________

☑ other The name used to transact business in the commonwealth is DOOR

*The name must satisfy the requirements of G.L. Chapter 156D, Section 15.06.*

** If the amendment includes a change of its corporate name, or the state or country of its incorporation, attach a certificate evidencing the changes duly authenticated by the secretary of state or other official having custody of the corporate records in the state or country under whose law it is incorporated. If the certificate is in a foreign language, a translation thereof under oath of the translator shall be attached.*

Docusign Envelope ID: 71D6B2CF-C2C7-4A84-96C8-841170E398C2

This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified: ____________________

Signed by: Signed by: Dave Lillis 7F205E46266248E... ____________________,
*(signature of authorized individual)*

- ☐ Chairman of the board of directors,
- ☐ President,
- ☑ Other officer,
- ☐ Court-appointed fiduciary,

on this 25 day of AUGUST, 2025.

# City of Woburn, Massachusetts

OFFICE OF THE CITY CLERK

City Hall
10 Common Street
Woburn, MA 01801
781-897-5850

LINDSAY E. HIGGINS
City Clerk

CITY CLERK OFFICE
2025 SEP 15 AM 10: 13

No. 310

## Business Certificate

In conformity with the provisions of Chapter 110, Section 5 of the General Laws, as amended, the undersigned hereby declare(s) that a business is conducted under the name

of: DOOR

at 4 CENTRAL STREET, WOBURN, MA 01801

by the following named person(s)/corporation(s):

| Print or Type | Residence Address |
|---|---|
| DOOR SYSTEMS, INC. | 1220 N Price Road, Suite 2, Olivette, MO 63132 |

Signature(s) [signature] DAVID LILLIS

On August 26th, 2025 the above named person(s) appeared before me and made oath that the foregoing statements are true.

ABIGAIL N PARKER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Nov. 20, 2028
Commission # 24201362

Notary Public: Abigail N Parker

My commission expires: Nov. 20, 2028

This is not a license to do business. The operation of this business at the said location may still be subject to other local, state or federal laws. A copy of this certificate is being sent to the Building Commissioner. This certificate is good for four years, renewable by you. A statement under oath must be filed with the City Clerk upon discontinuance, retiring or withdrawal from the business or partnership. Filing fee $25.00.

Certificate Expires: September 14, 2029

F

FPC

# The Commonwealth of Massachusetts

**William Francis Galvin**

Secretary of the Commonwealth

One Ashburton Place, Boston, Massachusetts 02108-1512

**FORM MUST BE TYPED** **FORM MUST BE TYPED**

## DBA ATTACHMENT

**(General Laws Chapter 156D, Section 4.01, Section 15.06; Chapter 110, Section 5; 950 CMR 113.18)**

Exact name of corporation: DOOR SYSTEMS, INC.

State of incorporation: DELAWARE

This corporation agrees not to do business in Massachusetts under the above name while use of the name is prohibited by G. L. Chapter 156D, Section 4.01 and/or G. L. Chapter 156D, Section 15.06 where applicable to foreign corporations, or where the name is reserved in accordance with G.L. Chapter 156D, Section 4.02.

Name corporation will use in the commonwealth: DOOR

Signed by: Signed by: Dave Lillis 7F205E45256248E... ,

*(signature of authorized individual)*

- ☐ Chairman of the board of directors,
- ☐ President,
- ☑ Other officer,
- ☐ Court-appointed fiduciary,

on this 25 day of AUGUST, 2025.

DOOR

**ACTION BY WRITTEN CONSENT**
**OF THE SOLE DIRECTOR OF**
**DOOR SYSTEMS, INC.**
(a Delaware corporation)

**August 27, 2025**

Pursuant to Section 141(f) of the Delaware General Corporation Law, the undersigned, being the sole member of the Board of Directors (the "***Board***") of DOOR Systems, Inc., a Delaware corporation (the "***Company***"), hereby consents to and approves the adoption of the following resolutions by unanimous written consent without a meeting, effective as of the date last executed below (unless otherwise specified in the recitals and resolutions):

1. **Authorization of D/B/A**

**WHEREAS**, the Company changed its name from Latch Systems, Inc. to DOOR Systems, Inc.

**WHEREAS**, it is in the best interests of the Company and its stockholders to authorize the use of a fictious name (a "***D/B/A***") in the State of Massachusetts to the extent the Company's name is not available.

**NOW, THEREFORE, BE IT RESOLVED**, that the Board hereby authorizes the Company's use of the D/B/A "DOOR" in the State of Massachusetts.

**RESOLVED FURTHER**, that, the Company will not use the name "DOOR Systems, Inc." in the State of Massachusetts while the use of such name is prohibited.

**RESOLVED FURTHER**, that the officers of the Company be, and each of them with full power to act without the others hereby is, authorized and directed to execute, verify and file a Certificate of Amendment and DBA Attachment with the Secretary of State of the State of Massachusetts.

2. **General Authorizing Resolutions**

**RESOLVED**, that the Board hereby ratifies, confirms, approves and adopts all actions previously taken by officers or directors of the Company that are approved by the foregoing resolutions.

**RESOLVED FURTHER**, that each of the officers of the Company is authorized to do or cause to be done any and all such further acts and to execute and deliver any and all such additional documents as such officer may deem necessary or appropriate in order to carry into effect the purposes and intent of the foregoing resolutions.

* * * * *

Docusign Envelope ID: F426FEDE-3967-4C28-B2B8-A61DB03CD1C2

This action by unanimous written consent is effective, and the resolutions herein are adopted, as of the date executed below.

Signed by:
Dave Lillis
7F205E45256248E...

Dave Lillis, Sole Director

8/27/2025

Date

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "LATCHABLE, INC." FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "LATCH, INC.", ON THE FOURTH DAY OF JANUARY, A.D. 2021, AT 9:03 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THE SAID "LATCH, INC." FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "LATCH SYSTEMS, INC.", ON THE FIRST DAY OF JUNE, A.D. 2021, AT 10:01 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THE SAID "LATCH SYSTEMS, INC." FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "DOOR SYSTEMS, INC.", ON THE TWELFTH DAY OF AUGUST, A.D. 2025, AT 10:18 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "DOOR SYSTEMS, INC.", IS THE LAST KNOWN TITLE OF RECORD OF THE AFORESAID CORPORATION.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

5477422 8321
SR# 20253898638

Authentication: 204676315
Date: 09-08-25

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

September 15, 2025 02:26 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*