Meet Scout. Remote access and building health, in one device. ›

Products Articles Company Partners Support Manager Login Shop Book a demo →

# Your Key to Smart Buildings

Unify access, automation, and operations into one platform built for modern multifamily.




# Intelligence Built In

DOOR connects access, automation, and smart devices into one operating system. The result is real-time visibility, automated workflows, and stronger operational control across every property.

Latch Intercom



# Trusted by leading multifamily owners and operators.

"AvalonBay's partnership with DOOR has unlocked real value. It has expanded touring hours, created maintenance efficiencies, and supported our operations evolution, creating a seamless, secure experience that makes day-to-day tasks easier for residents and management alike. As we look to the future of rental housing, partnerships like this are essential in building smarter, more connected communities."

David Madrid
VP of Innovation & Venture, AvalonBay Communities, Inc.

AvalonBay COMMUNITIES

"We've evaluated smart access solutions globally and haven't found a better combination of hardware and software than what we've had with Latch. It's become standard across our developments. With DOOR, that foundation is evolving into something even more powerful, and we're excited to keep building with a platform that reflects where the industry is going."

Joey Letchinger
Executive Vice President, JDL Development

jdl.

## Intuitive Solutions

Our hardware and software combine function with impeccable form. We create solutions that integrate with existing platforms seamlessly and work efficiently both at install and into the future.








# Everything your property needs, built to work together.

From access control to automation, DOOR's integrated products work together to simplify operations and enhance the resident experience.



Smart Access Control

Manage every entry point remotely with secure, cloud-based access.



Smart Thermostat and Leak Prevention

Reduce energy costs and prevent damage with automated monitoring.



Smart Reader

Modern, contactless entry for shared spaces and common areas.




Smart Intercom

Simplify visitor management with video, remote unlock, and real-time alerts.



Resident

High-quality, multifamily p

Up to 20% increase in operating efficiency

20%




Annual savings per building

$80k




Controlled Access

# Powering the Next Generation of Smart Buildings

DOOR transforms access and automation into Building Intelligence, helping properties operate smarter, reduce costs, and deliver the modern experience residents expect.

- Accelerate revenue uplift through smart amenities
- Increase NOI by reducing operational overhead
- Protect and future-proof your asset value
- Differentiate your portfolio in a competitive market



# Frequently Asked Questions

- Are you still supporting Latch products? +
- Can we start with just one building or a partial rollout? +
- Can DOOR be used in retrofit properties, or is it only for new developments? +
- How do I become a DOOR channel partner, installer, or authorized reseller? +
- What makes DOOR different from other access control and smart home systems? +

See all FAQs →

Working with you

## Integrate DOOR seamlessly with your Property Management Software

DOOR's integrations with Yardi, RealPage, Entrata, and AppFolio help property managers save time and increase efficiency. Through our enterprise management platform, DOOR OS, property managers can pull information using an API for a more streamlined approach to property management.

YARDI REALPAGE entrata appfolio

## Recent insights



Access Control · August 4, 2026

### Multifamily Access Control Retrofit: 6 Tips to Modernize Existing Properties

Planning a multifamily access control retrofit? Use these six tips to assess existing doors, control costs, avoid fragmentation, and



Property Operations & Cost Reduction · July 30, 2026

### 6 Ways Proptech Can Improve Multifamily Resident Retention

See how smart access, connected maintenance, apartment controls, and Building Intelligence ca ↗ rove multifamily resident retention and protect NOI.



Smart Building Technology & the PropTech Stack · July 24, 2026

### IoT Building Solutions 2026: Platforms, Use Cases & More

Click to explore leading platforms, real-world use cases, and how IoT technology is transforming smart buildings, operations, and te

Written by Phil Garneata

phase the rollout.

Written by Sarah Plis

Written by Phil Garneata

All Insights →

Talk to our sales team and get the most out of your buildings.

Get in touch today →

Office Locations

St. Louis, 1220 N. Price Road, Suite 2, Olivette, MO, 63132

Boston, 136 Newbury Street, Boston, MA, 02116

FAQs
Support
Request a Quote
LinkedIn

Products Overview
Articles
About Us
Careers
News

Partners
Investors
Legal
Privacy Notice
Terms
Cookies
Manage Cookies
Do Not Sell or Share My Personal Information

Building Intelligence.

DOOR

©DOOR2026

PRIVACY NOTICE TERMS COOKIES

https://door.com 9/4/2026 2:47:47 PM